

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Barbara Van Camp Daniels v. Pasadena Interfaith Housing Foundation

Appellate case number:   01-20-00019-CV

Trial court case number:  1134548

Trial court:             County Civil Court at Law No. 2

On January 9, 2019, appellant, Barbara Van Camp Daniels, filed an "Emergency Motion to Stay Writ of Possession and To Waive Appeal Bond in its Entirety."

We deny appellant's motion.

It is so ORDERED.

Judge's signature: _____/s/ Justice Richard Hightower_____
             ☒ Acting individually    ☐ Acting for the Court

Date: ___January 9, 2020____